# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-1720

_____

Genesee County Employees'  * 
Retirement System; Desert  * 
Orchid Partners, L.L.C.,  * 
individually and on behalf of  * 
all others similarly situated,  * 
 * 
Appellees,  * 
 *   Appeal from the United States
v.  *   District Court for the
 *   District of Nebraska.
Dwight G. Hanson; Transaction  * 
Systems Architects, Inc.; William  *   [UNPUBLISHED]
E. Fischer; Gregory J. Duman;  * 
Edward Fuxa; David C. Russell,  * 
 * 
Appellees,  * 
 * 
v.  * 
 * 
James H. Sykora; Thomas G. Foley,  * 
 * 
Interested parties,  * 
 * 
James J. Hayes,  * 
 * 
Appellant,  * 
 * 
Alan Young; Karen Young,  * 
 * 
Interested parties,  * 
 * 
Nancy Rosen, On Behalf of  *

Herself and All Others Similarly    *
Situated; Genesee County Employees'    *
Retirement System,    *
   *
      Appellees,    *
   *
   v.    *
   *
Transaction Systems Architects,    *
Inc.; Dwight G. Hanson,    *
   *
      Appellees,    *
   *
Greg Duman,    *
   *
      Defendant,    *
   *
William E. Fischer; Edward Fuxa,    *
   *
      Appellees,    *
   *
Harlan F. Seymour,    *
   *
      Defendant,    *
   *
James J. Hayes,    *
   *
      Appellant,    *
   *
David Russel,    *
   *
      Appellee.    *

_____

Submitted: August 7, 2008
Filed: August 13, 2008

_____

Before MURPHY, BYE, and BENTON, Circuit Judges.

_____

PER CURIAM.

In this securities class action lawsuit, class member James Hayes appeals the district court's[1] order approving a settlement and its judgment of dismissal. Because Hayes did not timely raise (if at all) in the district court the issues he argues on appeal, we do not consider them. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Joseph F. Bataillon, Chief Judge, United States District Court for the District of Nebraska.